**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHICAGO & VICINITY LABORERS DISTRICT COUNCIL PENSION FUND AND CHICAGO & VICINITY LABORERS DISTRICT COUNCIL HEALTH & WELFARE FUND, and CATHERINE WENSKUS, ADMINISTRATOR,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC,<br><br>Defendant. | Case No. 20 Civ. 9478 (KPF) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiffs the Chicago & Vicinity Laborers' District Council Pension Fund and the Chicago & Vicinity Laborers' District Council Health & Welfare Fund, and Catherine Wenskus, in her capacity as Administrator ("Plaintiffs"), and Defendant Allianz Global Investors U.S. LLC have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action"); and

WHEREAS, Allianz Global Investors U.S. Holdings LLC, Allianz SE, Allianz Asset Management GmbH, Allianz of America, Inc., Allianz Asset Management of America Holdings Inc., Allianz Asset Management of America LLC, Allianz Asset Management of America LP, and PFP Holdings Inc. (collectively, the "Affiliate Defendants") were previously dismissed from the Action without prejudice, and Plaintiffs and Defendant agree that the prior dismissal of the Affiliate Defendants should be converted into one with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Action and all claims asserted herein against all past and present defendants shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

Dated: February 28, 2022
    New York, New York

_____
Hannah Ross
Avi Josefson
James A. Harrod
Michael D. Blatchley
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

_____
Robert J. Giuffra, Jr.
Stephanie G. Wheeler
Kathleen S. McArthur
Ann-Elizabeth Ostrager
Jacob M. Croke
Hilary M. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2468
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund and the Chicago & Vicinity Laborers' District Council Health & Welfare Fund, and Catherine Wenskus, Administrator*

*Counsel for Defendant Allianz Global Investors U.S. LLC and the Affiliate Defendants*

Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*